IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-504-BO

| | |
|---|---|
| JOHN MICHAEL SCARDINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBERT GOODACRE, et al., ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiff's *pro se* notice of voluntary dismissal [DE 31] pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. A voluntary dismissal under Rule 41(a)(1)(i) is "a matter of unconditional right and is self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required." *In re Matthews,* 395 F.3d 477, 480 (4th Cir. 2005) (internal quotation marks omitted).

In his notice, plaintiff states that he "hereby withdraws all claims of injury, and motions this Court of Record for dismissal of Plaintiffs action" [DE 31]. In light of plaintiff's notice of voluntary dismissal, this case is DISMISSED WITHOUT PREJUDICE. The remaining pending motions in this case [DE 22 and 27] are DENIED AS MOOT. The Clerk is DIRECTED to close the case.

SO ORDERED, this __7__ day of June, 2022.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE